UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZACHARY M ENSLOW,

                Plaintiff,

v.

WASHINGTON STATE,

                Defendant.

No. 3:19-CV-05650-RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 5], and the underlying record.

(1)     The Report and Recommendation is **ADOPTED**.

(2)     Enslow's Application to Proceed *in forma pauperis* [Dkt. # 1] is **DENIED**.

(3)     Plaintiff is directed to pay the filing fee or file a proposed amended complaint within 21 days of the date of this order. If Plaintiff does not pay the filing fee or file a severable proposed amended complaint, this case be dismissed without prejudice.

The Clerk shall send copies of this Order to Enslow's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 6th day of September, 2019.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1